

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 7 2006 ★

**PAUL J. MADDEN**
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

BROOKLYN OFFICE

TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

February 27, 2006

re: <u>U.S.A. v. Ernest Koh</u>
05 CR 812 [JG]

By facsimile

Dear Judge Gleeson:

I am writing to Your Honor to respectfully seek an adjournment of this matter which is scheduled for a status conference tomorrow, February 28, 2006.

The reason for my request is that I am currently on trial in <u>People v. Ham</u>, Ind. # 4414/05, Part 33, Supreme Court, Kings County [347-401-9083] before the Honorable Justice Joseph Kevin McKay. I anticipate that trial will conclude on Wednesday or Thursday or possibly Friday of this week.

It is respectfully requested that Hour Honor adjourn this matter to March 10th, 2006 at 11:00 a.m. or 12:00 p.m., if such date and time will be available to the Court or to another date convenient to the Court. Assistant United States Attorney Elaine Banar will be unavailable March 8th and 9th, 2006. I will be unavailable March 7th and 14th, 2006. I did call Ms. Vivian Verno, the deputy Clerk, this past Friday, but it was very late. It is consented that the time be excluded under the Speedy Trial for the above reason.

Thank you for Your Honor's attention to this request.

Respectfully yours,

Paul Madden

Paul Madden
Attorney for Mr. Koh

cc: Elaine Banar, Esq., A.U.S.A.
    Mr. Ernest Koh

Adjourned to
3/10/06 @
11:00 AM

s/John Gleeson