EDB
F. # 2005R01195

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 8 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ERNEST KOH,

          Defendant.

- - - - - - - - - - - - - - - - -X

ORDER
Cr. 05-812 (S-1)(JG)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elaine D. Banar, made to this Court on May 2, 2006, it is hereby ORDERED:

That the Superseding Indictment in the above-captioned case be unsealed.

Dated:    Brooklyn, New York
           May 2, 2006

                                      s/John Gleeson
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ERNEST KOH,

    Defendant.

- - - - - - - - - - - - - - - - X

A P P L I C A T I O N
Cr. 05-812 (S-1)(JG)

    ELAINE D. BANAR hereby affirms under penalty of perjury that she is an Assistant United States Attorney, duly appointed according to law and acting as such, and is familiar with the facts discussed herein.

    1. I am the Assistant United States Attorney responsible for the prosecution of the above-captioned case.

    2. This application is made to the Court for an order to unseal the Superseding Indictment in the above-captioned case. This request is made so that subsequent documents in the case can be filed and docketed.

    WHEREFORE, your affiant respectfully requests that an order be issued to unseal the above-captioned Superseding Indictment.

Dated:    Brooklyn, New York
           May 2, 2006

*Elaine Banar*
ELAINE D. BANAR
Assistant U. S. Attorney