UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,           :        TRANSPORTATION ORDER

    -against-                       :        05 CR 812 (JG)

ERNEST KOH,                         :        * MAY 10 2006 *
        Defendant.                  :        BROOKLYN OFFICE
----------------------------------X

    Upon the application of the defendant, ERNEST KOH, by his attorney, PAUL MADDEN, ESQ., appointed CJA counsel pursuant to the Criminal Justice Act, 18 U.S.C. } 3006A, whose trial is scheduled to commence on May 15, 2006 in the Eastern District of New York and based upon a finding that the interests of justice would be served thereby; it is hereby

    ORDERED that pursuant to 18 U.S.C.} 3006A [e] that the United States Marshall Service furnish Keith Hill [14039 North 183RD Avenue, Surprise, Arizona 85379/623-546-8396] and Robert Lamm [4240 East Des Moines Street, Mesa, Arizona 85205/602-369-8153], two witnesses for the defense and subpoenaed pursuant to Rule 17 of the Rules of Criminal Procedure, with transportation from and return to Phoenix, Arizona to Brooklyn, New York [Eastern District of New York] so as to enable them to arrive in Brooklyn, New York by the afternoon of May 16, 2006 in order to testify at the trial of Mr. Koh, which is scheduled to commence on May 15, 2006; and it is further

ORDERED, that the aforesaid transportation expenses shall be paid by the United States Marshall Service, as Mr. Koh may be considered indigent and is unable to pay the costs of transportation of Messrs. Hill and Lamm.

Dated: Brooklyn, New York
       May 10, 2006

                        SO ORDERED:

                        s/John Gleeson

                        HON. JOHN GLEESON, U.S.D.J.
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK