UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA, : CLOTHING ORDER
    -against- : 05 CR 812 [JG]
ERNEST KOH, :
    Defendant. :
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 10 2006 ★
BROOKLYN OFFICE

Upon the application of the defendant, ERNEST KOH, by his attorney, PAUL MADDEN, ESQ., appointed CJA counsel pursuant to the Criminal Justice Act, 18 U.S.C. } 3006A, whose trial is scheduled to commence on May 15, 2006 in the Eastern District of New York and based upon a finding that the interests of justice would be served thereby; it is hereby

ORDERED, that the United States Marshall Service permit Mr. Koh to wear civilian clothing to be inspected by the United States Marshall Service and to be provided by Paul Madden, Esq., appointed CJA Counsel, throughout the duration of the trial scheduled to commence on May 15, 2006 at 9:00 a.m. before the Honorable John Gleeson, U.S.D.J., Eastern District of New York; and it is further

ORDERED, that the change of clothing from prison garb to civilian clothing take place in the cell area next to Courtroom 6 C South at the beginning and the end of the court day.

Dated: Brooklyn, New York
      May 10, 2006

SQ ORDERED:

s/John Gleeson
_____
HON. JOHN GLEESON, U.S.D.J.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK